

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In the interest of J.S., a child,        * From the 326th District Court
                                             of Taylor County
                                             Trial Court No. 8866-CX.

No. 11-18-00213-CV                * February 7, 2019

                                      * Memorandum Opinion by Wright, S.C.J.
                                      (Panel consists of: Bailey, C.J.,
                                      Stretcher, J., and Wright, S.C.J., sitting
                                      by assignment)
                                      (Willson, J., not participating)

       This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed.